IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| **BLOOMBERG L.P.,** | ) |
| 731 Lexington Ave | ) |
| New York, NY 10022 | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
|     v. | ) |
| | ) |
| **NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,** | ) |
| 8601 Adelphi Road, Room 5210 | ) |
| College Park, MD 20740-6001 | ) |
| | ) |
|     **Defendant.** | ) |

## COMPLAINT

1. Plaintiffs JASON LEOPOLD and BLOOMBERG L.P. bring this suit to force Defendant NATIONAL ARCHIVES AND RECORDS ADMINISTRATION to comply with Plaintiffs' FOIA request and release documents regarding President Biden's Obama-era Presidential records that were discovered at the Penn Biden Center, in the garage of President Biden's personal residence, and other locations. In violation of FOIA, Defendant has failed to issue a determination for the expedited request and has failed to produce all responsive records.

## PARTIES

2. Plaintiff JASON LEOPOLD is an investigative reporter at Bloomberg News and is one of the FOIA requesters in this case.

3. Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories

a day, producing content that is featured across multiple platforms, including digital, TV, radio, streaming video, print and live events. BLOOMBERG L.P. is one of the FOIA requesters in this case.

4.    Defendant NATIONAL ARCHIVES AND RECORDS ADMINISTRATION ("NARA") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5.    This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6.    Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## JANUARY 17, 2023 FOIA REQUEST

7.    On January 17, 2023, Plaintiffs submitted a FOIA request to NARA for the following records:

[1] All records, such as emails (and attachments), memos, letters, text messages, reports, audits, photographs, videos, directives, mentioning or referring to or referencing President Joseph Biden, Vice President Joe Biden, classified/secret/top secret/sensitive documents or classified/secret/top/secret sensitive Vice-Presidential records, the Biden-Penn Center, the Presidential Records Act, and investigation. Please be sure this part of the search includes emails and any other correspondence NARA exchanged with any current official in the Biden White House and the eop.gov domain; correspondence NARA exchanged with all federal agencies, including FBI, the Office of the Attorney General and any Justice Department component referencing Vice Presidential records from Joe Biden marked classified that were found by representatives of Joe Biden either at his home, his personal office, the Biden-Penn Center or any other location;

[2] A copy of any criminal referral or other referral NARA sent to the Department of Justice after the agency was notified that classified, top secret or sensitive records from Vice President Joe Biden's tenure as Vice President were found and subsequently turned over to NARA;

[3] All records, which includes but is not limited to, photographs, videos, text messages, emails (and attachments), letters and directives, referencing the chain of custody, cataloging, indexing and storage of any and all Joe Biden Vice Presidential records that were returned to NARA between August 1, 2022 and the date the search for responsive records is conducted;

[4] All records, which includes but is not limited to photographs, videos, text messages, emails (and attachments), letters, directives, spreadsheets, identifying all documented instances covering the last four presidential and vice presidential administrations (GHW Bush, Bill Clinton, George W. Bush and Barack Obama, when presidential and vice presidential records were either missing or lost or not turned over to NARA in accordance with the Presidential Records Act or improperly removed after the incumbent president and vice president left office; or presidential or vice presidential records from any of the four presidential administrations that any representatives of the former presidents' and vice presidents' administrations found that were subsequently returned to NARA;

[5] Any and all logs documenting requests to remove specific records from the National Archives referencing Joe Biden's tenure as Vice President or requests to remove or review Vice President Joe Biden's vice-presidential records from the facility that houses his papers.

A true and correct copy of the FOIA request is attached as Exhibit 1.

8. Plaintiffs sought expedited processing for the request.

9. On January 23, 2023, NARA acknowledged receipt and assigned reference number NGC23-199 to the request. A true and correct copy of NARA's email acknowledging receipt of the request is attached as Exhibit 2.

10. NARA granted expedited processing for the request. *Id.*

11. On February 10, 2023, NARA released some records on its reading room, but they do not fully satisfy the request. *See* https://www.archives.gov/foia/biden-vp-records-covered-by-pra.

12. NARA stated that it received more than 25 FOIA requests related to this subject matter. A true and correct copy of NARA's February 10, 2023 letter is attached as Exhibit 3.

13. NARA stated that it is "processing all related requests in the same manner" and released 74 pages of "emails between NARA officials and representatives of President Biden related to the transfer of Obama-era Presidential records to NARA, from November 1, 2022, to present." *Id.*

14. NARA did not indicate how many categories or pages remain to be processed nor when it estimates to be completed with the processing.

15. NARA asserted Exemptions 6 and/or 7(E) to redact portions of the records.

16. In its February 10, 2023 letter, NARA did not supply notice of the right to file an administrative appeal as required by 5 U.S.C. § 552(a)(6)(A)(i).

17. On March 6, 2023, Plaintiffs sought an estimated date of completion for the request, but NARA did not respond. A true and correct copy of the email correspondence is attached as Exhibit 4.

18. As of the date of this filing, NARA has not fully complied with FOIA, has not released all records responsive to the request, and has failed to produce all non-exempt records responsive to the request.

**COUNT I – JANUARY 17, 2023 FOIA REQUEST,
NARA'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION**

19. The above paragraphs are incorporated by reference.

20. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

21. Defendant NARA is a federal agency subject to FOIA.

22. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

23. Defendant NARA has failed to issue a complete determination within the statutory deadline.

**COUNT II – JANUARY 17, 2023 FOIA REQUEST,
NARA'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH**

24. The above paragraphs are incorporated by reference.

25. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

26. Defendant NARA is a federal agency subject to FOIA.

27. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

28. Defendant NARA has failed to conduct a reasonable search for records responsive to the request.

### COUNT III – JANUARY 17, 2023 FOIA REQUEST, NARA'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS

29. The above paragraphs are incorporated by reference.

30. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

31. Defendant NARA is a federal agency subject to FOIA.

32. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

33. Defendant NARA has failed to produce all non-exempt records responsive to the request.

**WHEREFORE,** Plaintiffs asks the Court to:

  i. declare that Defendant has violated FOIA;

  ii. order Defendant to conduct a reasonable search for records responsive to the requests;

  iii. order Defendant to produce all non-exempt requested records or portions of records promptly;

  iv. enjoin Defendant from withholding non-exempt public records under FOIA;

  v. award Plaintiffs attorneys' fees and costs; and

- 6 -

    vi.    award such other relief the Court considers appropriate.

Dated: March 15, 2023

    RESPECTFULLY SUBMITTED,

    */s/ Matthew V. Topic*

    Attorneys for Plaintiffs
    JASON LEOPOLD,
    BLOOMBERG L.P.

    Matthew Topic, D.C. Bar No. IL0037
    Stephen Stich Match, D.C. Bar No. MA0044
    Merrick Wayne, D.C. Bar No. IL0058
    LOEVY & LOEVY
    311 N. Aberdeen, Third Floor
    Chicago, IL 60607
    (312) 243-5900
    foia@loevy.com